UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAPHAEL CARRAO, ET AL., | ) | CASE NO. CV 13-03573 RZ |
| Plaintiffs, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
| 7180 SUNSET BLVD., INC., ETC., ET AL., | ) | |
| Defendants. | ) | |

By Order on Stipulation Re: Extension of Time to Answer [doc 16] filed on September 26, 2013, the deadline for Plaintiffs to file their First Amended Complaint was September 30, 2013. The docket sheet shows that, as late as the date of this Order, Plaintiffs have not filed their First Amended Complaint. Plaintiffs have failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiffs shall show cause in writing why this action should not be dismissed. If Plaintiffs fail to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendants. The filing of a Plaintiffs' First Amended Complaint within 20 days, shall discharge the order to show cause.

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order on the attorneys for all parties appearing in this action.

4  DATED: October 17, 2013

   _____
   RALPH ZAREFSKY
   UNITED STATES MAGISTRATE JUDGE