UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAPHAEL CARRAO, ET AL., | ) | CASE NO. CV 13-03573 RZ |
| Plaintiffs, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| 7180 SUNSET BLVD., INC., ETC., ET AL., | ) ) | |
| Defendants. | ) ) | |

      Based on the parties' stipulation,

      The Court ORDERS that this action be, and hereby is, dismissed with prejudice.

      The pretrial conference date of January 26, 2015 and the trial date of February 10, 2015, are vacated.

      DATED: January 12, 2015

                                    RALPH ZAREFSKY
                           UNITED STATES MAGISTRATE JUDGE